THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Spartanburg
 County Department of Social Services, Respondent,
 v.
 Cheryl W.,
 Garvin S., and John Doe, Defendants,
 Of Whom Cheryl
 W. is the Appellant.
 In the interests of: T.S., G.S., A.S., A.S.,
 and C.S., minors under the age of 18.
 
 
 

Appeal From Spartanburg County
Wesley L. Brown, Family Court Judge

Unpublished Opinion No. 2008-UP-287
 Submitted June 1, 2008  Filed June 4,
2008 

AFFIRMED

 
 
 
 W. Cory Hughes, of Greenville, for Appellant.
 Julie Rau, of Spartanburg, for Respondent.
 Michael Todd Thigpen, of Spartanburg, for
 Guardian Ad Litem.
 
 
 

PER CURIAM: 
 Cheryl W. appeals from a family court order terminating her parental rights to
 five minor children.  Upon a thorough review of the record and the family
 courts findings of fact and conclusions of law, pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family courts ruling and grant
 counsels petition to be relieved. 
AFFIRMED.[1]
HEARN,
 C.J., KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.